IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY           *
PENSION FUND, *et al.*,
                                      *
    Plaintiffs,
                                      *
v.                                              Civ. No. JKB-23-01059
                                      *
LETTERMEN SIGNAGE, INC., *et al.*,    *

    Defendants.                       *

   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

Plaintiffs filed an Amended Complaint in this matter on June 20, 2024. (ECF No. 14.) Summonses were issued against Defendants Hansen Ventures, Ltd. and Lawrence Hansen, and Plaintiffs appear to have served these Defendants on July 5, 2024. (ECF Nos. 15, 17, 20.) However, Plaintiffs have not requested issuance of summons against Defendant Lettermen Signage, Inc. ("Lettermen") with respect to the Amended Complaint. As the Court has previously explained, Plaintiffs must request issuance of a new summons against Lettermen and serve Lettermen anew, because the Amended Complaint contains new allegations against it. (*See* ECF No. 12 at 7 n.5.)

Moreover, the filing of the Amended Complaint renders the previous entry of default against Lettermen (ECF No. 9) moot, and the Clerk's prior Order of Default must be set aside. *See Santander Bank, NA v. Gaver*, Civ. No. RDB-17-00374, 2019 WL 1077386, at *5 (D. Md. Mar. 7, 2019).

For the foregoing reasons, it is ORDERED that:

1. The Clerk's Order of Default as to Lettermen (ECF No. 9) is VACATED; and

2. Plaintiffs SHALL FILE a Status Report on the status of service on Lettermen within 14 days of the date of this Memorandum and Order.

DATED this 10 day of July, 2024.

BY THE COURT:

James K. Bredar
United States District Judge