IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INTERNATIONAL PAINTERS
AND ALLIED TRADES INDUSTRY       *
PENSION FUND, *et al.*,
                                  *
   Plaintiffs,
                                  *
v.                                *   Civ. No. JKB-23-01059

LETTERMEN SIGNAGE, INC., *et al.*,   *

   Defendants.                   *

   *   *   *   *   *   *   *   *   *   *   *   *

## MEMORANDUM AND ORDER

Plaintiffs filed an Amended Complaint in this matter on June 20, 2024. (ECF No. 14.) Summonses were issued against Defendants Hansen Ventures, Ltd. and Lawrence Hansen, and Plaintiffs appear to have served these Defendants on July 5, 2024. (ECF Nos. 15, 17, 20.) Summons were issued against Lettermen Signage, Inc. on July 12, 2024, and Plaintiffs appear to have served that Defendant on July 16, 2024. (ECF Nos. 24, 26.) Thereafter, Mr. Hansen, proceeding *pro se*, filed an Answer to Plaintiffs' Amended Complaint, in which Mr. Hansen purported to represent not only himself, but also Hansen Ventures, Ltd. and Lettermen Signage, Inc. (ECF No. 28.) The Court advised Mr. Hansen that individuals that are parties in a case may not represent other parties in the case, and that any company that is a party to a case must be represented by counsel. (ECF No. 29.) The Court also advised Hansen Ventures, Ltd. and Lettermen Signage, Inc. that the Court construed Mr. Hansen's Answer as being filed solely on behalf of Mr. Hansen. (*Id.*) The Court directed the two entity Defendants to file answers or appropriate motions by August 21, 2024. (*Id.*) The Court also explained that Plaintiffs were to

file an appropriate motion for entry of default if either or both Defendants failed to file an appropriate pleading or motion. (*Id.*) Neither Defendant has made any filings to date.

Accordingly, it is ORDERED that:

1. Plaintiffs SHALL FILE an appropriate motion for entry of default or otherwise explain why such motion is inappropriate by September 20, 2024.

2. The Clerk is DIRECTED to mail a copy of this Memorandum and Order to Mr. Hansen.

DATED this 5 day of September, 2024

BY THE COURT:

_____
James K. Bredar
United States District Judge